[No. 5987-1-III. Division Three. April 16, 1985.]

*In the Matter of the Marriage of* LEON L.
KIRKPATRICK, *Respondent, and* CAROLYN
J. KIRKPATRICK, *Appellant.*

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 82-3-00141-9, James B. Mitchell, J.,
entered July 5, 1983. *Affirmed* by unpublished opinion per
Thompson, J., concurred in by Green, C.J., and Munson, J.

[No. 6287-2-III. Division Three. April 16, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. JANELLE
E. MASON, *Appellant.*

Appeal from a judgment of the Superior Court for Yak-
ima County, No. 83-1-00859-5, Stephen M. Brown, J. Pro
Tem., entered January 6, 1984. *Reversed* by unpublished
opinion per McInturff, A.C.J., concurred in by Munson and
Thompson, JJ.

[No. 6944-0-II. Division Two. April 17, 1985.]

LEWIS COUNTY, *Respondent,* v. KENNETH L.
RAKOZ, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Lewis
County, No. 39571, Alan R. Hallowell, J., entered March 7,
1983. *Affirmed* by unpublished opinion per Alexander, J.,
concurred in by Worswick, C.J., and Petrich, J.